■ MANOJ K. PATEL, Appellant, v NICHOLAS C. COOPER, Respondent. [664 NYS2d 295] —Order, Supreme Court, New York County (Carol Huff, J.), entered January 15, 1997, which, *inter alia*, granted defendant's motion for summary judgment dismissing this complaint in an action for legal malpractice, unanimously affirmed, with costs.

Plaintiff's claims of defendant's malpractice were raised and rejected by this Court in his disbarment proceeding (*Matter of Patel*, 209 AD2d 100, 118, *rearg denied* 219 AD2d 510, *appeal dismissed* 87 NY2d 893, *lv denied* 87 NY2d 1041), and he is collaterally estopped from asserting them again in this action (*see, D'Arata v New York Cent. Mut. Fire Ins. Co.*, 76 NY2d 659, 664). We have considered plaintiff's other claims, including bias on the part on the IAS Court warranting recusal, and find them to be without merit. Concur—Sullivan, J. P., Williams, Mazzarelli, Andrias and Colabella, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARYL ALLEN, Appellant. [665 NYS2d 839] —Judgment, Supreme Court, New York County (Richard Andrias, J.), rendered March 31, 1995, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of 8 to 16 years, unanimously affirmed.

Considering the advantageous plea bargain negotiated by counsel and the record as a whole, we find that defendant received meaningful representation (*People v Ford*, 86 NY2d 397, 404). We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Williams, Mazzarelli and Colabella, JJ.